**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

    v.

TODD CATANZANO,

        Defendant.

------------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

08 Cr. ___

**08 CRIM 546**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             June 13, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney

                      By:   _____
                            David A. O'Neil
                            Assistant United States Attorney

                            AGREED AND CONSENTED TO:

                      By:   _____
                            Frederick Cohn, Esq.
                            Attorney for Todd Catanzano

USDC SDNY DOCUMENT ELECTRONICALLY FILED 6/13/08

6/13/08 WHEEL A