UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                       INFORMATION
        v.                         :
                                       08 Cr. ___ (RMB)
TODD CATANZANO,                    :

                Defendant.         :

- - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 17 2008

                    COUNT ONE

        The United States Attorney charges:

        1.   From on or about February 8, 2008, up to and including on or about February 13, 2008, in the Southern District of New York, TODD CATANZANO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, and confederate and agree together and with each other to violate the narcotics laws of the United States.

        2.   It was a part and an object of the conspiracy that TODD CATANZANO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

                    Overt Act

        3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among

others, was committed in the Southern District of New York and elsewhere:

      a. On or about February 13, 2008, TODD CATANZANO, the defendant, sold methamphetamine to a co-conspirator not named as a defendant herein in New York, New York.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

      4. On or about February 13, 2008, in the Southern District of New York, TODD CATANZANO, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).)

_____
MICHAEL J. GARCIA
United States Attorney

2

```
===============================================
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
===============================================

           UNITED STATES OF AMERICA

                    - v. -

               TODD CATANZANO,

                  Defendant.
===============================================

                 INFORMATION

              08 Cr. ___ (RMB)

     (21 U.S.C. § 812, 841(b)(1)(B), 846)


              MICHAEL J. GARCIA
             United States Attorney.


===============================================
```