```
UNITED STATES DISTRICT COURT         Judge Berman
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :
                                   :     WAIVER OF INDICTMENT
TODD CATANZANO,                    :
                                   :     08 Cr. ___ (RMB)
         Defendant.                :
                                   :
- - - - - - - - - - - - - - - - - x
```

**08 CRIM 546**

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841 and 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
TODD CATANZANO

_____
Frederick Cohn, Esq.
Attorney for TODD CATANZANO

Witness: _____

Date:    New York, New York
         June 17, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 17 2008
```