```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

**MEMO ENDORSED**

FREDERICK H. COHN
ATTORNEY AT LAW
61 BROADWAY
SUITE 1601
NEW YORK, NY 10006
212-768-1110
FAX 212-267-3024
fcohn@frederickhcohn.com



RECEIVED
AUG 18 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

August 18, 2008

Honorable Richard M. Berman
United States Courthouse
500 Pearl Street
New York, New York 10007

              Re: United States v. Todd Catanzano
              08 Cr. 645 (RMB)
              08 cr 546 (RMB)

Dear Judge Berman:

    Due to a scheduling conflict, it is respectfully requested that the above-referenced matter currently on the Court's calendar for August 20 at 9:45 AM be adjourned on consent to 30 days or in the alternative to a date convenient to the Court.

    Thank you for your consideration in this matter.

MICROFILMED
AUG 19 2008 -3 08 PM

                            Respectfully submitted,

                            Frederick H. Cohn

                          Conference is adjourned to
                          9-23-08 at 12:30 p.m.

cc: David O'Neil, AUSA (by fax)
    Todd, Catanzano (by mail)

SO ORDERED:
Date: 8-18-08
                          Richard M. Berman, U.S.D.J.

                      08/18/08  MON 12:36  [TX/RX NO 8640]